PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Trustee under Trust Agreement Dated April 1, 1925, between Prudence-Bonds Corporation and President and Directors of the Manhattan Company, Appellant, v. THE PRUDENCE COMPANY, INC., and Another, Respondents.*— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., dissents and votes to reverse and direct judgment for plaintiff upon the authority of Matter of People, etc. (Lawyers Title & Guar. Co.), (265 N. Y. 20).

In the Matter of IRWIN ISAACS (Formerly Known as ISIDORE ISAACS), an Attorney.— Motion denied. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

In the Matter of JACOB NEWHOUSE, an Attorney.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of HYMAN ORLEAN.— Motion denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of EDWIN M. SIMPSON, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ALBERT HUBSCHMAN and Another, Respondents, v. DANIEL W. BARKIN and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARYLAND CASUALTY COMPANY, Appellant, v. JOHN A. ROEBLING's SONS COMPANY OF NEW YORK, Respondent, and FRED SALWAY, Defendant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, as Successor Trustee under a Certain Mortgage or Deed of Trust Dated May 1, 1930, Made by 23–24 CORPORATION and LONDON TERRACE CORPORATION, Appellant, v. 23–24 CORPORATION and Others, Defendants. ANNA REUMANN, Intervenor, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent. STOCKHOLDERS COMMITTEE OF THE WORLD EXCHANGE BANK, IN LIQUIDATION. Claimant, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MILLER-SCHLOTT, INC., Substituted as Plaintiff in Place and in Stead of ERNEST PAOLUCCI, Appellant, v. CITY OF NEW YORK, Respondent, Impleaded with Others. — Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

---

* Revd., 266 N. Y. 202.